UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 21-2149

REGINALD KIRTZ,
Appellant

v.

TRANS UNION LLC;
PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,
doing business American Education Services;
UNITED STATES DEPARTMENT OF AGRICULTURE
RURAL DEVELOPMENT RURAL HOUSING SERVICE

(E.D. Pa. No. 2:20-cv-05231)

SUR PETITION FOR REHEARING

Present: McKEE*, JORDAN, KRAUSE, RESTREPO,
BIBAS, PORTER, MATEY, and PHIPPS, <u>Circuit</u> <u>Judges</u>

The petition for rehearing filed by Appellee United States Department of

Agriculture Rural Development Rural Housing Service in the above-entitled case having

been submitted to the judges who participated in the decision of this Court and to all the

---

* At the time the petition for rehearing was submitted to the en banc panel, Judge McKee was an active judge of the Court. 3rd Cir. I.O.P. 9.5.2.

other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,

s/ Cheryl Ann Krause
Circuit Judge

Dated: November 3, 2022
Tmm/cc: David L. Peters, Esq.
Sarah W. Carroll, Esq.
Nandan M. Joshi, Esq.
Mark B. Stern, Esq.
Matthew B. Weisberg, Esq.
Allison M. Zieve, Esq.
George V. Wylesol, Clerk